UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | Criminal Action No. 5: 19-152-DCR |
| | ) | and |
| V. | ) | Civil Action No. 5: 22-262-DCR |
| | ) | |
| MICHAEL B. HENSLEY, | ) | |
| | ) | **JUDGMENT** |
| Defendant/Movant. | ) | |

**\*\*\*   \*\*\*   \*\*\*   \*\*\***

In accordance with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.      Defendant/Movant Michael B. Hensley's motion to vacate, correct, or set aside his sentence pursuant to 28 U.S.C. § 2255 [Record No. 46] is **DENIED** and his claims are **DISMISSED**, with prejudice.

2.      Judgment is entered in favor of Plaintiff/Respondent United States of America with respect to all issues raised in this proceeding.

3.      The movant/defendant's collateral proceeding is **DISMISSED** and **STRICKEN** from the docket.

4.      A Certificate of Appealability will not issue.

5.      The Clerk of the Court is directed to transmit a copy of this Judgment and the corresponding Memorandum Opinion and Order to the movant/defendant.

- 1 -

Dated: January 23, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky